**FILED**
**CLERK**

9:48 am, Aug 16, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Brigette J. Giacomantonio,

                              Plaintiff(s),

                 v.

Alltran Financial, LP

                              Defendant(s).

Case No: 2:21-cv-02247-GRB-AYS

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Brigette J. Giacomantonio and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) Alltran Financial, LP.

DATED: August 13, 2021



                    **BARSHAY, RIZZO & LOPEZ, PLLC**

                    By:  s/ *David M. Barshay*
                    David M. Barshay, Esquire
                    445 Broadhollow Road | Suite CL18
                    Melville, New York 11747
                    Tel: (631) 210-7272
                    Fax: (516) 706-5055
                    Our File No.: BRL21145
                    *Attorneys for Plaintiff*

Dated: 8/16/2021
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.